UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ROSEMARIE STABILE,

                        Plaintiff(s),          **ORDER**
                                                                                                                            CV11-1152 (SJF)(WDW)

        -against-

UNITED RECOVERY SERVICES, L.P.
                        Defendant(s).
------------------------------------------------------------------X

**WALL, Magistrate Judge:**

       Before the court is motion by the plaintiff for entry of a protective order so that she can obtain, or seek to obtain, unredacted account notes from the defendants and to have the protective order in place should the need arise as discovery progresses. DE[24]. In opposition, the defendants filed a document called "Motion in Response to Plaintiff, Rosemarie Stabile's, Motion for Entry of a Protective Order." DE[25]. The document was not, however, docketed as a motion and does not employ the format for a motion used in this court. In that document, the defendants make various requests regarding having documents sealed.

       The plaintiff's motion is granted. I agree that a protective order should be in place as the discovery in this matter proceeds on the firm schedule that is in place. The parties are reminded of the FIRM dates, and are directed to review the advice set forth in the Scheduling Order. Thus, I direct that the parties are subject to Exhibit B, the protective order described as being Judge Boyle's model. If the defendants wish to seal exhibits to the complaint or future documents, they must make a motion to the District Judge in the first instance, using a format compatible with her Individual Rules, the Federal Rules, and the Local Rules.

Dated: Central Islip, New York
December 7, 2011

**SO ORDERED:**

/s/ William D. Wall
WILLIAM D. WALL
United States Magistrate Judge