FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 13 2011 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
ROSEMARIE STABILE,

                       Plaintiff,

        -against-

UNITED RECOVERY SYSTEMS, L.P,
and LAW OFFICES OF JAMES A.
WEST, P.C.

                       Defendants.
----------------------------------------------------------X

**ORDER**
11-CV-1152 (SJF)(WDW)

FEUERSTEIN, J.

On March 10, 2011, plaintiff Rosemarie Stabile ("Stabile") commenced this action against defendants United Recovery Systems, L.P. and Law Offices of James A. West, P.C. ("defendants"), alleging violations of the Fair Debt Collection Practices Act, the Telephone Consumer Protection Act, and the New York General Business Law. Complaint [Docket Entry No. 1] at 1, 6-8.

Presently before the Court is the Report and Recommendation (the "Report") of Magistrate Judge William D. Wall, dated November 18, 2011, recommending that defendants' motion for judgment on the pleadings [Docket Entry No. 16] be denied, and that plaintiff's motion to amend the complaint [Docket Entry No. 14] be granted. No objections to the Report have been filed. For the following reasons, the Court accepts Magistrate Judge Wall's Report in its entirety.

I

Any portion of a report and recommendation on dispositive matters, to which a timely objection has been made, is reviewed de novo. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). The Court, however, is not required to review the factual findings or legal conclusions of the magistrate judge as to which no proper objections are interposed. See Thomas v. Arn, 474 U.S. 140, 150, 106 S.Ct. 466, 88 L.Ed.2d 435 (1985). To accept the report and recommendation of a magistrate judge on a dispositive matter, to which no timely objection has been made, the district judge need only be satisfied that there is no clear error on the face of the record. See Fed. R. Civ. P. 72(b); Johnson v. Goord, 487 F.Supp.2d 377, 379 (S.D.N.Y. 2007), aff'd, 305 Fed. Appx. 815 (2d Cir. Jan. 9, 2009); Baptichon v. Nevada State Bank, 304 F.Supp.2d 451, 453 (E.D.N.Y. 2004), aff'd, 125 Fed. Appx. 374 (2d Cir. Apr. 13, 2005). Whether or not proper objections have been filed, the district judge may, after review, accept, reject, or modify any of the magistrate judge's findings or recommendations. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

II

No party has filed any objections to Magistrate Judge Wall's Report. Upon review, the Court is satisfied that the Report is not facially erroneous. Accordingly, the Court accepts Magistrate Judge Wall's Report in its entirety. Defendants' motion for judgment on the pleadings [Docket Entry No. 16] is denied, and plaintiff's motion to amend the complaint [Docket Entry No. 14] is granted.

**SO ORDERED.**

/s/ SANDRA J. FEUERSTEIN

Sandra J. Feuerstein
United States District Judge

Dated:      December 13, 2011
            Central Islip, New York

3