**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
_____ **X**

Rosemarie Stabile

                                             **Plaintiff**

**-against-**

United Recovery Services, LP and Law
Offices of James A. West, P.C.          **Defendant**

_____**X**

Docket No.  **11 CV 1152**
**(SF)(WDW)**


## STIPULATION OF DISMISSAL


IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,

the attorneys of record for all parties that whereas no party hereto is an infant,

incompetent person for whom a committee has been appointed or conservatee and no

person not a party has an interest in the subject matter of the action, the above-entitled

action be, and the same hereby is discontinued with prejudice and without costs to either

party.

**S/ JOSEPH MAURO**              3/5/2012
Joseph M. Mauro                   Date
306 McCall Ave.
West Islip, NY 11795
Attorney for Plaintiff


**S/ JEFF IMERI**              3/5/2012
Marshall Dennehey Warner Coleman & Goggin
140 Broadway  19th Floor
New York, NY 10005
Attorney for Defendant