D/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____ X

| | | |
|---|---|---|
| Rosemarie Stabile | **Plaintiff** | Docket No. 11 CV 1152 (SF)(WDW) |
| -against- | | **FILED** IN CLERK'S OFFICE US DISTRICT COURT E D N Y |
| United Recovery Services, LP and Law Offices of James A. West, P.C. | **Defendant** | ★ MAR 06 2012 ★ |

_____ X LONG ISLAND OFFICE

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice and without costs to either party.

**S/ JOSEPH MAURO**          3/5/2012
Joseph M. Mauro             Date
306 McCall Ave.
West Islip, NY 11795
Attorney for Plaintiff

**S/ JEFF IMERI**          3/5/2012          SO ORDERED.
Marshall Dennehey Warner Coleman & Goggin
140 Broadway 19th Floor
New York, NY 10005                    s/ Sandra J. Feuerstein
Attorney for Defendant                                       3/6/12
                                       U.S.D.J.

CASE CLOSED.